JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEITSCH PLASTICS COMPANY, INC. | No. CV 21-212 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| GREDALE LLC, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to the Court's Findings of Fact and Conclusions of Law dated May 6, 2022;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1.     Judgment is entered in favor of plaintiff Deitsch Plastics Company, Inc. ("Deitsch Plastics") and against defendant Gredale LLC ("Gredale") in the amount of $162,598.38; and

2.     Deitsch Plastics shall have judgment entered in its favor on Gredale's Counterclaim and that Gredale shall take nothing on its Counterclaim; and

3.     Deitsch Plastics is awarded its costs of suit; and

4.     Deitsch Plastics is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

DATED: May 6, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE